**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

NOAH FOWLER,                                )
                                            )
           Plaintiff                        )
                                            )
vs.                                         )
                                            )  CIVIL FILE ACTION NO.
                                            )
GWINNETT COUNTY, GEORGIA,                   )
JACOB ALTMAN INDIVIDUALLY,                  )
BRIAN DOAN INDIVIDUALLY,                    )
and JOHN DOES 1-3.                          )
                                            )
           Defendants.                      )

## NOTICE OF REMOVAL

COME NOW defendants Gwinnett County, Jacob Altman, and Brian Doan ("defendants"), by and through their respective counsel, and pursuant to 28 U.S.C. §§ 1446 and 1331, hereby remove the above-styled action from the State Court of Gwinnett, Georgia, and state as follows:

1.

On July 10, 2025, plaintiff Noah Fowler filed suit against defendants in the State Court of Gwinnett County, Georgia, Civil Action File Number 25-C-07983-S7 (the "State Court Action"). A copy of all process, pleadings and orders filed in this action are attached hereto as Exhibit "A."

2.

Plaintiff filed an amended complaint on August 18, 2025, asserting, for the first time, federal claims against defendants. (Ex. A, Am. Compl. p. 1.)

3.

Specifically, plaintiff's amended complaint includes the following causes of action under federal law against defendants: Unlawful Seizure and Excessive Force pursuant to 42 U.S.C. § 1983 against defendant Altman (Count V); 42 U.S.C. § 1983 Failure to Intervene against defendant Doan (Count VI); 42 U.S.C. § 1983 Monell liability against Gwinnett County (Count VII); and 42 U.S.C. § 1983 First Amendment Retaliation against Gwinnett County (Count VIII). (See Am. Compl., ¶¶ 37-62.)

4.

As such, defendants may remove this action to this Court pursuant to 28 U.S.C. § 1331 as the Court now has federal question jurisdiction over this case.

5.

By signature of their counsel below, all defendants consent to this removal.

6.

This petition for removal is filed within 30 days of defendants' initial receipt of the amended pleading through service, which is when defendants first ascertained

that the case had become removable, and is therefore timely pursuant to 28 U.S.C. § 1446(b)(3).

7.

Pursuant to 28 U.S.C. § 90(a)(2), the United States District Court for the Northern District of Georgia, Atlanta Division, is the district court having jurisdiction over the geographical area where the state court action is pending. Pursuant to 28 U.S.C. § 1446(a), defendants are entitled to remove this action from the State Court of Gwinnett County to this Court.

8.

After its filing of this Notice of Removal, defendants will contemporaneously give written notice of the filing of this notice to plaintiff and the Clerk of the State Court of Gwinnett County, a copy of which is attached hereto as Exhibit "B," as required by 28 U.S.C. § 1446(d).

9.

WHEREFORE, defendants remove this matter to this Court.

This 17th day of September, 2025.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Wesley C. Jackson*
Wesley C. Jackson
Georgia Bar No. 336891
wjackson@fmglaw.com

[*Signatures continued on next page.*]

- 3 -

Debi P. Das
Georgia Bar No. 073304
dpdas@fmglaw.com

*Attorneys for Defendants Jacob Altman and Brian Doan*

100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (phone)
(833) 330-3669 (facsimile)

**GWINNETT COUNTY DEPARTMENT OF LAW**

*/s/ Brian Dempsey*
Brian R. Dempsey
Georgia Bar No. 217596
brian.dempsey@gwinnettcounty.com
Rachel R. Sinclair
Georgia Bar No. 620586
rachel.sinclair@gwinnettcounty.com

*Attorneys for Defendant Gwinnett County*

75 Langley Drive
Lawrenceville, GA 30046
(770) 822-8700 (phone)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this day electronically submitted the foregoing **NOTICE OF REMOVAL** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants:

David A. Hollifield
THE ROTH FIRM, LLC
6120 Powers Ferry Road NW, Suite 630
Atlanta, GA 30339
dhollifield@rothlawyer.com

*Attorney for Plaintiff*

Brian Dempsey
Rachel Sinclair
Gwinnett County Government Law Department
75 Langley Drive
Lawrenceville, GA 30046
Brian.dempsey@gwinnettcounty.com
Rachel.sinclair@gwinnettcounty.com

*Attorneys for Defendant Gwinnett County*

This 17th day of September, 2025.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Wesley C. Jackson*
Wesley C. Jackson
Georgia Bar No. 336891
wjackson@fmglaw.com
Debi P. Das
Georgia Bar No. 073304
dpdas@fmglaw.com

*Attorneys for Defendants Jacob Altman and Brian Doan*

-2-

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (phone)
(833) 330-3669 (facsimile)

-2-